LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536; Fax: (702) 386-6812
Attorney for Plaintiff Antone Mendes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

ANTONE MENDES,

      Plaintiff,

vs.

KENNETH ELGAN, individually and ESMERALDA COUNTY, a political subdivision of the State of Nevada

      Defendants.
_____/

Case No. 2:15-cv-01915-JAD-PAL

**STIPULATION AND ORDER TO CONTINUE THE EARLY NEUTRAL EVALUATION**
(SECOND REQUEST)

      IT IS HEREBY STIPULATED AND AGREED between the parties that the Early Neutral Evaluation be continued from its current setting of February 24, 2016 at 9:00 a.m. based upon the parties' stipulation for the Plaintiff to file an Amended Complaint to assert Title VII claims, to a date that will provide the Defendants sufficient time to file an Answer to the Amended Complaint.

      Counsel affirms that this Stipulation is made in good faith, for good cause, and not made with the intent to delay.

RESPECTFULLY SUBMITTED on this  18th   day of February, 2016.

| LAW OFFICES OF DANIEL MARKS | ERICKSON, THORPE & SWAINSTON, LTD |
|---|---|
| /s/ TELETHA ZUPAN | /s/ REBECCA BRUCH |
| DANIEL MARKS, ESQ. (SBN2003) | REBECCA BRUCH, ESQ. (SBN7289) |
| ADAM LEVINE, ESQ. (SBN4673) | 99 West Arroyo Street |
| TELETHA ZUPAN, ESQ. (SBN12660) | Reno, Nevada 89521 |
| 610 South Ninth Street | Attorney for Defendants |
| Las Vegas, Nevada 89101 | |
| Attorney for Plaintiffs | |

## ORDER

Based upon the above and forgoing stipulation and good cause appearing, IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 18, 2016