```
LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536; Fax: (702) 386-6812
Attorney for Plaintiff Antone Mendes
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANTONE MENDES,<br><br>        Plaintiff,<br><br>vs.<br><br>KENNETH ELGAN, individually and ESMERALDA COUNTY, a political subdivision of the State of Nevada<br><br>        Defendants.<br>_____/ | Case No. 2:15-cv-01915-JAD-PAL |

### STIPULATION AND ORDER TO FILE AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED between the parties pursuant to Fed. R. Civ. P. 15(b) that the Plaintiff shall have leave to file an Amended Complaint to assert additional claims under Title VII.

RESPECTFULLY SUBMITTED

DATED this  18th   day of February, 2016.

LAW OFFICES OF DANIEL MARKS

/s/ TELETHA ZUPAN
DANIEL MARKS, ESQ. (SBN2003)
ADAM LEVINE, ESQ. (SBN4673)
TELETHA ZUPAN, ESQ. (SBN12660)
610 South Ninth Street
Las Vegas, Nevada 89101
Attorney for Plaintiffs

DATED this 18th  day of February, 2016.

ERICKSON, THORPE & SWAINSTON, LTD

/s/ REBECCA BRUCH
REBECCA BRUCH, ESQ. (SBN7289)
99 West Arroyo Street
Reno, Nevada 89521
Attorney for Defendants

## ORDER

Based upon the above and forgoing stipulation and good cause appearing, IT IS SO ORDERED.

_____
UNITED STATES JUDGE

Dated: February 22, 2016