REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. 775-786-3930
Fax. 775-786-4160
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\*\*\*

ANTONE MENDES,

    Plaintiffs,

vs.

KENNETH ELGAN, individually and ESMERALDA COUNTY, a political subdivision of the State of Nevada,

    Defendants.

_____/

Case No. 2:15-cv-01915-JAD-PAL

[ECF No. 24]

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED between the parties by and through

[Remainder of page left intentionally blank.]

ERICKSON, THORPE & SWAINSTON, LTD.

1  undersigned counsel, that the above-entitled action be dismissed with prejudice, with each
2  side to bear its own attorney's fees and costs associated with this matter.
3
4  DATED this ___ day of ___, 2016.        DATED this 8th day of May, 2016.
5  LAW OFFICE OF DANIEL MARKS              ERICKSON, THORPE & SWAINSTON, LTD.
6  _____          _____
7  DANIEL MARKS, ESQ.                      REBECCA BRUCH, ESQ.
   Nevada State Bar No. 002003             Nevada State Bar No. 007289
   ADAM LEVINE, ESQ.                       99 W. Arroyo Street
8  Nevada State Bar No. 004673             Reno, Nevada 89509
   610 South Ninth Street                  Attorneys for Defendants
9  Las Vegas, Nevada 89101
   Attorneys for Plaintiff
10
11
12  IT IS SO ORDERED.  The Clerk of Court is directed to CLOSE THIS CASE.
13
14                                          _____
                                            U.S. DISTRICT COURT JUDGE
15  DATED this 23rd day of ___May___, 2016.

2